RAYMOND A. GALLENBERG ESQ (SBN 239484)
ROSA VIGIL-GALLENBERG ESQ. (SBN 251872)
GALLENBERG PC
800 S Victory Blvd., Suite 203
Burbank CA 91502
Telephone:  (818) 237-5267
Facsimile:    (818) 330-5266
E-mail: ray@gallenberglaw.com
E-mail: rosa@gallenberglaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VELOZ, an individual,<br><br>              Plaintiffs,<br><br>      v.<br><br>SEARS, ROEBUCK and Co., a Corporation, and DOES 1-100, inclusive,<br><br>              Defendant. | **Case No. 2:16-cv-05982-SVW-GJS**<br><br>**PLAINTIFF'S NOTICE AND REQUEST FOR JUDGMENT AGAINST DEFENDANT SEARS, ROEBUCK AND CO. ON PLAINTIFF'S SEVENTH CAUSE OF ACTION TO FIRST AMENDED COMPLAINT**<br><br>Trial:  June 27, 2017<br>FSC: May 22, 2017<br>Judge:  Hon. Stephen V. Wilson<br>Place:   Courtroom 10A |

1    By this Notice, Plaintiff requests entry of judgment on Plaintiff's Seventh

2  Cause of action to the First Amended Complaint against Defendant Sears Roebuck &

3  Co.'s  ("Defendant"), as Defendant has conceded liability. *See* Dkt 108 Notice of

4  Defendant's Admission of Underlying Facts of Plaintiff's Seventh Cause of Action

5  and Plaintiff's Failure to Accept Offer of Judgment As To Seventh of Action at 1:6-

6  11("In its Answer, Defendant admitted the allegations of Paragraph 83 and 84 of the

7  FAC related to Plaintiff's Seventh Cause of Action for "Failure to Provide

8  Employment Records on Request In Violation of Labor Code (Cal. Labor Code §§

9  226, 432, 1198.5). Because Defendant admitted the underlying facts of the Seventh

10  Cause of Action there is no issue of act that needs to be tried.").

11    At the beginning of trial, Defendant made clear to the court and the parties

12  on the record that it had admitted liability as to this cause of action. The trial then

13  proceeded based on this admission.

14    Based on the foregoing, Plaintiff respectfully requests that judgment be

15  entered against Defendant for Plaintiff's Seventh Cause of action.

16

17

18                                   Respectfully submitted,

19  Dated:  June 29, 2017            GALLENBERG PC

20

21  By_____/s/ Rosa Vigil-Gallenberg
                Rosa Vigil-Gallenberg, Esq.
                Raymond A. Gallenberg, Esq.
22
    Attorneys for Plaintiff Daniel Veloz
23

24

25

26

27

28

                                   1